**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| In re: | * | |
| ANTOINE M ELLIS, SR | * | CASE NO.: 19-1-9794-RAG (Chapter 13) |
| Debtor | * | |
| * * * * * * * | | |
| BALTIMORE COUNTY EMPLOYEES FCU 23 W. SUSQUEHANNA AVE TOWSON MD, 21204 | * * * | |
| Movant | * | |
| v. | * | |
| ANTOINE M ELLIS, SR 239 SEAMASTER ROAD ESSEX MARYLAND, 21221 | * * | |
| Respondent | * | |
| * * * * * * * * * * * * * | | |

**MOTION SEEKING RELIEF FROM AUTOMATIC STAY**
**AND TO RECLAIM PROPERTY**
2010 BMW 5 Series

BALTIMORE COUNTY EMPLOYEES FCU, Movant, by MICHAEL J. KLIMA, JR., its attorney, files this Motion Seeking Relief from Automatic Stay and to Reclaim Property, and says:

1. This Court has jurisdiction of this action pursuant to 11 U.S.C. §362(d) and 28 U.S.C. §§157(b) and 1334.

2. This is a contested matter governed by Bankruptcy Rules 4001 and 9014 and Local Bankruptcy Rule 4001-1, and is a core proceeding pursuant to 28 U.S.C.

§157(b)(2)(G).

3.      On July 20, 2019, Antoine M Ellis, Sr, the Respondent, initiated proceedings in this Court seeking relief under Chapter 13 of the Bankruptcy Code, in Case No. 19-1-9794-RAG.

4.      Respondent presently has in his/her possession or control one 2010 BMW 5 Series, serial number  WBASN2C58AC200201.

5.      On or about March 14, 2018, Respondent purchased said vehicle from ALPINE IMPORTS, by virtue of a contract and security agreement, a copy of which is attached hereto and incorporated herein by reference.  Said contract and security agreement was contemporaneously assigned to Movant, as shown on the face thereof.

6.      Movant reserved unto itself the perfected purchase money security interest in said vehicle, as shown by the attached copy of the Notice of Security Interest Filing, which is incorporated herein by reference, issued by the State of Maryland, Department of Transportation.

7.      At the time of the filing of this Motion, there remains due and owing to Movant a balance of $12,832.12.

8.      Respondent is now in default on the payments due under the aforesaid Contract, being $1,800.60 in arrears, and another monthly contractual post-petition payment in the amount of $300.10 will be due by December 13, 2019.  Movant last received a payment under the Contract on or about June 12, 2019. Movant`s account of the Respondent`s payments to it which indicates the same is attached hereto.

9.      Respondent holds no equity in said vehicle because Movant's lien exceeds the market value of the same, and/or an inadequate equity cushion exists.  According to the November, 2019 edition of the N.A.D.A. Official Used Car Guide, the wholesale value of the vehicle is approximately $5,775.00.

10. Movant's interest in said vehicle is not adequately protected and it has been and continues to be irreparably injured by the automatic stay, which prevents Movant from enforcing its rights as a secured creditor pursuant to the aforesaid contract and security agreement and the laws of Maryland, while it is not receiving adequate payments and the market value of said vehicle is rapidly depreciating.

11. The automatic stay should be terminated for cause, including Respondent's failure to make payments to Movant.

12. The vehicle is not necessary to Respondent's effective reorganization.

WHEREFORE, Movant respectfully requests that this Honorable Court grant it the following relief:

a. Terminate the automatic stay, to allow Movant to recover and dispose of the aforesaid 2010 BMW 5 Series; and

b. Grant Movant such other and further relief as may be necessary and just, including its attorneys' fees, expenses and costs.

/s/ Michael J. Klima, Jr.
MICHAEL J. KLIMA, JR.  #25562
8028 Ritchie Hwy, Ste. 300
Pasadena, MD 21122
(410) 768-2280
Attorney for Movant
19-66318-0