Antoine Ellis - Used Car Loan

| ID | Post Date | Transaction Amount | After Balance | Loan Principal | Draft Number / Interest | Lt Chg / Fee | EFT | History Code Description | Statement Description |
|---|---|---|---|---|---|---|---|---|---|
| 113 | 6/12/2019 | $300.25 | $12,832.12 | -$221.60 | 48.64 | 30.01 | | Loan Payment/Advance Transfer | |
| 113 | 5/11/2019 | $300.10 | $13,053.72 | -$183.77 | 86.32 | 30.01 | | Loan Payment/Advance Transfer | |
| 113 | 3/16/2019 | $300.10 | $13,237.49 | -$276.50 | 23.60 | | | Loan Payment/Advance Transfer | |
| 113 | 3/1/2019 | $300.10 | $13,513.99 | -$218.92 | 51.17 | 30.01 | | Loan Payment/Advance Transfer | |
| 113 | 1/28/2019 | $300.10 | $13,732.91 | -$209.19 | 90.91 | | | Loan Payment/Advance Transfer | |
| 113 | 12/3/2018 | $300.10 | $13,942.10 | -$273.62 | 26.48 | | Y | Self Service Transfer | SELF SERVICE TRANSFER FROM SHARE 75 |
| 113 | 11/17/2018 | $300.10 | $14,215.72 | -$257.97 | 42.13 | | | Loan Payment/Advance Transfer | |
| 113 | 11/1/2018 | $7.86 | $14,473.69 | -$7.86 | | | | Journal Entry | INTEREST REFUND |
| 113 | 10/23/2018 | $300.10 | $14,481.55 | -$233.28 | 66.82 | | | Loan Payment/Advance Transfer | |
| 113 | 10/1/2018 | $7.17 | $14,714.83 | -$7.17 | | | | Journal Entry | INTEREST REFUND |
| 113 | 9/14/2018 | $300.10 | $14,722.00 | -$239.13 | 60.97 | | | Loan Payment/Advance Transfer | |
| 113 | 8/10/2018 | $300.10 | $14,961.13 | -$246.98 | 53.12 | | | Loan Payment/Advance Transfer | |
| 113 | 7/11/2018 | $300.10 | $15,208.11 | -$246.12 | 53.98 | | | Loan Payment/Advance Transfer | |
| 113 | 6/11/2018 | $300.10 | $15,454.23 | -$250.73 | 49.37 | | | Loan Payment/Advance Transfer | |
| 113 | 5/15/2018 | $300.10 | $15,704.96 | -$238.84 | 61.26 | | | Loan Payment/Advance Transfer | |
| 113 | 5/1/2018 | $6.43 | $15,943.80 | -$6.43 | | | | Journal Entry | INTEREST REFUND |
| 113 | 4/12/2018 | $300.10 | $15,950.23 | -$245.41 | 54.69 | | | Loan Payment/Advance Transfer | |
| 113 | 3/16/2018 | $16,195.64 | $16,195.64 | $16,195.64 | | | | New Loan | |