## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
Baltimore Division

| | |
|---|---|
| In Re: | |
| ANTOINE ELLIS | Case No. 19-19794 |
| KIMELON ELLIS | Chapter 13 |
| Debtor(s) | |

\* \* \* \* \* \* \* \* \* \* \* \*

### DEBTOR'S MOTION TO CONVERT CASE TO CHAPTER 13

NOW COMES, Antoine Ellis and Kimelon Ellis the above-captioned debtor herein (the "Debtor"), file this instant Motion to Convert Case to From Chapter 13 to 7 and for reasons state:

1. The Debtors have sustained a substantial loss of income and have determined it is in their economic interest to convert their case to one under Chapter 7.

2. Accordingly, the Debtors respectfully request that their case be converted to one under Chapter 7.

WHEREFORE, Debtors respectfully request that this case be converted to one under Chapter 7.

Respectfully submitted,

/s/Kim Parker, Esq.

Kim Parker, Esq., Trial Bar #23894
Law Offices of Kim Parker, PA
2123 Maryland Ave
Baltimore, Maryland 21218
Tel: 410-234-2621
Fax:410-234-2612
kp@kimparkerlaw.com

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this  16th   day of  May, 2020, a copy of the foregoing Motion to Convert was sent via electronic mail to   at  and via first class mail, postage prepaid to creditors on the attached matrix and Chapter 13 Trustee Robert Thomas, II at ECF@ch13balt.com.

/s/Kim Parker
Kim Parker, Esq.